AO450 (NVD Rev. 7/31/24)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Jonathan Pacheco-Sanchez

                        Petitioner,

    v.

Holston et al

                        Respondent.

JUDGMENT IN A CIVIL CASE

Case Number: 2:26-cv-00330-RFB-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

The ECF No. 1 Petition for Writ of Habeas Corpus is GRANTED.
IT IS FURTHER ORDERED that Respondents, including the immigration court, must provide Petitioner with a constitutionally adequate bond hearing pursuant to 8 U.S.C. § 1226(a) no later than February 24, 2026.
IT IS FURTHER ORDERED that if bond is granted, Respondents are ORDERED to IMMEDIATELY RELEASE Petitioner from detention. (See Order for details).
IT IS FURTHER ORDERED that if a constitutionally adequate bond hearing is not conducted by February 24, 2026, Respondents must IMMEDIATELY RELEASE PETITIONER from custody ON HIS OWN RECOGNIZANCE.
IT IS FURTHER ORDERED that the Parties shall file a joint status report by February 25, 2026.
IT IS FURTHER ORDERED that judgment is hereby entered accordingly and this case is closed.

2/20/2026
Date

DEBRA K. KEMPI
Clerk

/s/ GA
Deputy Clerk